■ CINDY LEE WILSON et al., Appellants, v MARY IMOGENE BASSETT HOSPITAL, Doing Business as BASSETT HEALTHCARE, et al., Respondents. (Appeal No. 2.) [762 NYS2d 557] —Appeal from an order of Supreme Court, Oneida County (Grow, J.), entered April 10, 2002, which denied plaintiffs' motion to set aside a jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.